IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03386-CMA-MJW

JOHN TONEY and
VALERIE TONEY,

Plaintiff(s),

v.

BECKY KEIL and
ANDERSON & KEIL, Attorneys at Law,,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Defendants' Motion to Allow Amended Motion to Dismiss (Docket No. 16) is denied.  Given the matters addressed in the defendants' motion to dismiss (Docket No. 9), the court will accept the defendants' original motion to dismiss (Docket No. 9) in its current form notwithstanding it being slightly longer than allowed under Judge Arguello's Practice Standards.  The court will not entertain a motion by the plaintiffs to strike Docket No. 9 on the basis of the length of the motion.

Date: January 30, 2014