IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03386-CMA-MJW

JOHN TONEY and
VALERIE TONEY,

Plaintiff(s),

v.

BECKY KEIL and
ANDERSON & KEIL, Attorneys at Law,,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Request to Include Affidavits and Request for an Evidentiary Hearing (Docket No. 22) is granted in part and denied in part. The motion is granted to the extent that the plaintiffs' affidavits will be included as part of their response to the motion to dismiss. The motion is denied to the extent that the court will not set an evidentiary hearing at this time.

Date: February 14, 2014